FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 6 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )   CASE NO.
                                    )
        v.                          )
                                    )   PRAECIPE FOR A SUMMONS
STARLA PUEBLA,                      )
                                    )
                Defendant.          )
_____)

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

You will please issue a summons on an Indictment filed herein to:

STARLA PUEBLA
226 Minor Ave. N., #B
Seattle, WA 98109

directing said individual to appear at the United States Courthouse, 700 Stewart Street, 12th Floor, Seattle, Washington 98101, before United States Magistrate Judge Mary A. Theiler, on August 27, 2015, at 9:30 a.m., to answer to an Indictment charging Title 18, United States Code, Sections 1956(h) and 2.

DATED this 6th day of August, 2015.

_____
MATTHEW P. HAMPTON
Assistant United States Attorney

SECRET: YES:___ NO: XX