Magistrate Judge Theiler

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 15 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                          DEPU

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-268 JLR |
|---|---|
| Plaintiff, | |
| v. | CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |
| STARLA PUEBLA, | |
| Defendant | |

　　　I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States

//
//
//

CONSENT TO RULE 11 PLEA
CR15-268 JLR/ *U.S V. PUEBLA* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 15th day of October, 2015.

_____
STARLA PUEBLA
Defendant

_____
RUSSEL V. LEONARD
Attorney for Defendant

APPROVED:

_____
MATTHEW P. HAMPTON
Assistant United States Attorney

CONSENT TO RULE 11 PLEA
CR15-268 JLR/ *U.S V. PUEBLA* - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970